ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 8 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. **4:14-CR-071-A** |
| RAMONA C. JOHNSON (01) | |

### INDICTMENT

The Grand Jury Charges:

<u>Count One</u>
Aiding in the Preparation of a False Tax Return
(Violation of 26 U.S.C. § 7206(2))

On or about February 13, 2008, in the Fort Worth Division of the Northern District of Texas, defendant **Ramona C. Johnson** did knowingly and willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service of a U.S. Individual Income Tax Return, Form 1040, of taxpayers S.B. and P.B. for the calendar year 2007, that was false and fraudulent as to a material matter, in that, it represented the taxpayers were entitled under the Internal Revenue laws to claim business losses in the amount of $74,710, when, as the defendant knew, the taxpayers were not entitled to claim a business loss in the amount claimed.

In violation of 26 U.S.C. § 7206(2).

Indictment - Page 1

## Count Two
### Aiding in the Preparation of a False Tax Return
### (Violation of 26 U.S.C. § 7206(2))

On or about February 19, 2009, in the Fort Worth Division of the Northern District of Texas, defendant **Ramona C. Johnson** did knowingly and willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service of a U.S. Individual Income Tax Return, Form 1040, of taxpayers An.C. and Am.C. for the calendar year 2008, that was false and fraudulent as to a material matter, in that, it represented the taxpayers were entitled under the Internal Revenue laws to claim business losses in the amount of $40,203, when, as the defendant knew, the taxpayers were not entitled to claim a business loss in the amount claimed.

In violation of 26 U.S.C. § 7206(2).

A TRUE BILL,

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
MARK L. NICHOLS
Assistant United States Attorney
State Bar No. 14997700
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817-252-5253
Facsimile: 817-252-5455

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

RAMONA C. JOHNSON (01)

INDICTMENT

26 U.S.C. § 7206(2)

Aiding in the Preparation of a False Tax Return

(2 COUNTS)

A true bill rendered:

DALLAS                                                              FOREPERSON

Filed in open court this 8th day of April, A.D. 2014.

Warrant to Issue

UNITED STATES MAGISTRATE JUDGE