UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 APR 18 PM 3:37

CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   4:14-CR-071-A |
| | § |
| RAMONA C. JOHNSON | § |

## NOTICE OF DESIGNATION OF CASE ASSIGNMENT

Pursuant to Miscellaneous Order No. 3 (Revised June 20, 2000) ("Criminal Justice Act Plan"), § IV(b), the undersigned attorney has indicated by his or her signature that he or she is the staff attorney designated to work on this case.

Dated: 4/18/14

_____
PETER FLEURY
Assistant Federal Public Defender
TX Bar No. 07145600
**FOR** ERIN BRENNAN
Northern District of Texas
MO Bar No. 61185
819 Taylor Street, Room 9A10
Fort Worth, Texas 76102
(817) 978-2753

## CERTIFICATE OF SERVICE

I, Erin Brennan, hereby certify that on this the 18th day of April 2014, a copy of the foregoing notice was hand delivered to the United States Attorney's Office at 801 Cherry Street, Suite 1700, Fort Worth, TX 76102-6897.

_____
PETER FLEURY