ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 JUN -2 PM 4: 12

CLERK OF COURT

UNITED STATES OF AMERICA

v.

RAMONA JOHNSON (01)

No.   4:14-CR-071-A

## DEFENDANT'S WITNESS LIST

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|-----|---------------|------------------------------|-----------------|
| 1. | Tracy Hojdea, Case Agent | Will testify as to her investigation of the case | _____/_____ |
| 2. | Ramona Johnson, Defendant | Will testify regarding the facts of the case and procedures of Tax Office One | _____/_____ |
| 3. | Laura Perry, Special Agent, IRS | Will testify as to undercover operation | _____/_____ |
| 4. | Amy Carpenter, Employee of Tax Office One | Will testify as to policies and procedures of Tax Office One | _____/_____ |
| 5. | Nekia Everson, Employee of Tax Office One | Will testify as to policies and procedures of Tax Office One | _____/_____ |
| 6. | Kristina Johnson, Employee of Tax Office One | Will testify as to policies and procedures of Tax Office One | _____/_____ |
| 7. | Gary Thomas, Client of Tax Office One | Will testify as to preparation of tax returns | _____/_____ |

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| 8. | Melvin Holly, Client of Tax Office One | Preparation of tax returns | _____/_____ |
| 9. | Stephen Bright, Client of Tax Office One | Preparation of tax returns | _____/_____ |
| 10. | Pamela Bright, Client of Tax Office One | Preparation of tax returns | _____/_____ |
| 11. | Andy Carnes, Client of Tax Office One | Preparation of tax returns | _____/_____ |
| 12. | Amanda Carnes, Client of Tax Office One | Preparation of tax returns | _____/_____ |
| 13. | Melvin Chapel, Employee of Tax Office One | Will testify as to policies and procedures of Tax Office One | _____/_____ |

Government's Witness List - Page 2

Respectfully submitted,

JASON D. HAWKINS
Federal Public Defender
Northern District of Texas

ERIN L. BRENNAN
Assistant Federal Public Defender
819 Taylor Street, Room 9A10
Fort Worth, TX   76102
(817) 978-2753
Missouri State Bar No. 61185
Attorney for Ramona Johnson

## CERTIFICATE OF SERVICE

I, Erin Brennan, hereby certify that on June 2, 2014, a copy of the above Defendant's Witness List was hand delivered to Mark Nichols, Assistant United States Attorney, and the Court.

Erin Brennan
Assistant Federal Public Defender