
Case 4:14-cr-00071-A   Document 26   Filed 06/03/14   Page 1 of 2   PageID 105

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN - 3 2014

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:14-CR-071-A |
| | § | |
| RAMONA C. JOHNSON | § | |

ORDER

The court has before it for consideration the document filed by defendant, Ramona C. Johnson, on May 30, 2014, titled "Defendant's Second Unopposed Motion for Continuance of Trial and Associated Dates." Defendant alleges in such motion that a reason why the continuance is being sought is that the government has informed counsel for defendant that it will be seeking a superseding indictment from the grand jury convening on June 11, 2014. The court is holding in abeyance a ruling on such motion for continuance until the court has knowledge of the offenses charged against defendant by such a superseding indictment. In the meantime, the things the parties are required to do in advance of trial can be accomplished without a waste of time on the part of the parties because if a motion for continuance ultimately is granted those activities will nevertheless be

useful and valuable by way of preparation for the trial even if postponed.

    THE COURT SO ORDERS.

    SIGNED June 3, 2014.

_____
JOHN McBRYDE
United States District Judge