

ORIGINAL
C.T.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION

2014 NOV 13 PM 3: 44

CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:14-CR-071-A |
| RAMONA JOHNSON (01)<br>NEKIA N. EVERSON (02) | |

## GOVERNMENT'S AMENDED WITNESS LIST

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| 1. | Tracy Hojdea<br>Case Agent | Will testify to facts of the case, statements made by defendant Ramona Johnson, search warrant records, provide opinion testimony as to search warrant documents and preparer statistics. | _____/_____ |
| 2. | Roman Hernandez<br>IRS Representative, or other IRS custodian | Will testify as to tax records, SDC process, and local, state, and national statistics (opinion witness). | _____/_____ |
| 3. | David McNulty<br>Investigative Analyst, IRS, or other IRS custodian | Will testify as to SDC process (opinion witness). | _____/_____ |
| 4. | Thomas Hager<br>Criminal Auditor<br>United States Attorney's Office | Will testify as to deposit analysis of voluminous bank records. | _____/_____ |
| 5. | Laura Perry<br>Special Agent, IRS | Will testify as to undercover operation. | _____/_____ |

Government's Amended Witness List - Page 1

| <u>No.</u> | <u>Name/Position</u> | <u>Subject Matter of Testimony</u> | <u>Sworn/Testified</u> |
|---|---|---|---|
| 6. | Demetria Favors<br>Special Agent, IRS | Will testify as to search warrant records (seizing agent). | _____/_____ |
| 7. | Lisa Niederhaus<br>Special Agent, IRS | Will testify to statements made by defendant Ramona Johnson. | _____/_____ |
| 8. | Gail Cooper<br>Special Agent, IRS | Will testify to statements made by witness Arena Sloan. | _____/_____ |
| 9. | Representative,<br>Tarrant County Clerk's Office | Will testify as to records of business registrations. | _____/_____ |
| 10. | Representative,<br>Secretary of State | Will testify as to records of business registrations. | _____/_____ |
| 11. | Legal Custodian of Records Santa Barbara Bank & Trust | Will testify as to bank records and the tax refund program. | _____/_____ |
| 12. | James Abbott<br>Legal Custodian of Records Refund Advantage | Will testify as to bank records and the tax refund program. | _____/_____ |
| 13. | Kendra Walloch<br>Revenue Agent, IRS | Will testify as to accuracy of tax returns (opinion witness). | _____/_____ |
| 14. | Stephen Bright<br>Client of<br>Tax Office One | Preparation of tax returns | _____/_____ |
| 15. | Pamela Bright<br>Client of Tax Office One | Preparation of tax returns | _____/_____ |

**Government's Amended Witness List - Page 2**

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| 16. | Andy Carnes<br>Client of Tax Office One | Preparation of tax returns | ___/___ |
| 17. | Amanda Carnes<br>Client of Tax Office One | Preparation of tax returns | ___/___ |
| 18. | Nolan Cornett<br>Client of Tax Office One | Preparation of tax returns | ___/___ |
| 19. | Angela Cornett<br>Client of Tax Office One | Preparation of tax returns | ___/___ |
| 20. | Edward Crowder<br>Client of Tax Office One | Preparation of tax returns | ___/___ |
| 21. | Riska Crowder<br>Client of Tax Office One | Preparation of tax returns | ___/___ |
| 22. | Craig Dickerson<br>Client of Tax Office One | Preparation of tax returns | ___/___ |
| 23. | Getonya Dickerson<br>Client of Tax Office One | Preparation of tax returns | ___/___ |
| 24. | Chance Read<br>Client of Tax Office One | Preparation of tax returns | ___/___ |
| 25. | Angela Rollins<br>Client of Tax Office One | Preparation of tax returns | ___/___ |
| 26. | Michael McDonald<br>Client of Tax Office One | Preparation of tax returns | ___/___ |
| 27. | Natalie McDonald<br>Client of Tax Office One | Preparation of tax returns | ___/___ |

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| 28. | Ronald Trimble<br>Client of Tax Office One | Preparation of tax returns | ____/____ |
| 29. | Garry Crocker<br>Client of Tax Office One | Preparation of tax returns | ____/____ |
| 30. | Rebecca Crocker<br>Client of Tax Office One | Preparation of tax returns | ____/____ |
| 31. | Amiya Willis<br>Client of Tax Office One | Preparation of tax returns | ____/____ |
| 32. | Joyce Scott<br>Client of Tax Office One | Preparation of tax returns | ____/____ |
| 33. | Shayonta Blackshire<br>Client of Tax Office One | Preparation of tax returns | ____/____ |
| 34. | Marjorie Rush<br>Client of Tax Office One | Preparation of tax returns | ____/____ |
| 35. | Terrance Harris<br>Client of Tax Office One | Preparation of tax returns | ____/____ |
| 36. | Stephanie Allen<br>Client of Tax Office One | Preparation of tax returns | ____/____ |
| 37. | Amber Oates<br>Client of Tax Office One | Preparation of tax returns | ____/____ |
| 38. | Cassey Manning<br>Client of Tax Office One / | Preparation of tax returns and will testify as to being claimed as a false dependent. | ____/____ |
| 39. | Jackie Branch | Will testify as to being claimed as a false dependent. | ____/____ |

Government's Amended Witness List - Page 4

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| 40. | Lakeisha Scott<br>Client of Tax Office One | Preparation of tax returns | ____/____ |
| 41. | Custodian of Records, JP Morgan Chase Bank | Will testify as to bank records | ____/____ |
| 42. | Custodian of Records, Wells Fargo Bank | Will testify as to bank records | ____/____ |
| 43. | Arena Sloan<br>Bookkeeper for Tax Office One | Will testify as to operation and bookkeeping practices of relevant tax preparation offices | ____/____ |
| 44. | Josephine Belton<br>Revenue Agent, IRS | Will testify as to audit of taxpayers. | ____/____ |
| 45. | Genia Jackson<br>Client of Tax Office One | Preparation of tax returns | ____/____ |

[Rest of page left intentionally blank]

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| 46. | Craig Clotfelter<br><br>Special Agent, IRS | Will testify to Execution of Search Warrant and creation of office layout. | / |

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

/s/ Mark L. Nichols
MARK L. NICHOLS
Assistant United States Attorney
Texas State Bar No. 14997700
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817-252-5253
Facsimile: 817-252-5455

### CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2014, a true copy of the foregoing Government's Amended Witness List was served by first class mail to John Stickels, counsel for defendant Everson at 770 N. Fielder Road, P.O. Box 121431, Arlington, Texas 76012, and Roderick White, counsel for defendant Johnson at 316 Hemphill Street, Fort Worth, Texas 76104.

/s/ Mark L. Nichols
MARK L. NICHOLS
Assistant United States Attorney