ORIGINAL

*C-T-J hand delivered*

# IN THE UNTIED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 NOV 13 PM 3:50

CLERK OF COURT

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | NO. 4:14-CR-071-A |
| | § | |
| RAMONA JOHNSON (01) | § | |

## DEFENDANT RAMONA JOHNSON'S SECOND AMENDED WITNESS LIST

| No. | Name/Position | Description of Testimony | Sworn/Testified |
| --- | --- | --- | --- |
| 1. | Ramona Johnson, Defendant | All relevant matters | ____/____ |
| 2. | Melvin Chapel, Employee of Tax Office One | Will testify as to operation, policies and procedures of relevant tax preparation offices | ____/____ |
| 3. | Miriam Hill, Employee of Tax Office One | Will testify as to operation, policies and procedures of relevant tax preparation offices | ____/____ |
| 4. | Kristina Johnson, Employee of Tax Office One | Will testify as to operation, policies and procedures of relevant tax preparation offices | ____/____ |
| 5. | Nekia Everson, Employee of Tax Office One | Will testify as to operation, policies and procedures of relevant tax preparation offices | ____/____ |
| 6. | Arena Sloan, Employee of Tax Office One | Will testify as to operation, policies and procedures of relevant tax preparation offices | ____/____ |
| 7. | Adrian Davis, Employee of Tax Office One | Will testify as to operation, policies and procedures of relevant tax preparation offices | ____/____ |
| 8. | Amy Carpenter, Employee of Tax Office One | Will testify as to operation, policies and procedures of relevant tax preparation offices | ____/____ |
| 9. | Patrick Sloan, Employee of Tax Office One | Will testify as to operation, policies and procedures of relevant tax preparation offices | ____/____ |
| 10. | Stevie Burnell, Employee of Tax Office One | Will testify as to operation, policies and procedures of relevant tax preparation offices | ____/____ |

| <u>No.</u> | <u>Name/Position</u> | <u>Description of Testimony</u> | <u>Sworn/Testified</u> |
|---|---|---|---|
| 11. | Stephen Mulinax, Employee of Tax Office One | Will testify as to operation, policies and procedures of relevant tax preparation offices | _____/_____ |
| 12. | Sonja Dilworth | Will testify as to the character of Defendant | _____/_____ |
| 13. | Valerie Johnson | Will testify as to the character of Defendant | _____/_____ |
| 14. | Mark Kahn | Will testify as to the character of Defendant | _____/_____ |
| 15. | Nyana Hardeman | Will testify as to the character of Defendant | _____/_____ |
| 16. | Brent Barnes, Client of Tax Office One | Will testify as to preparation of tax returns and/or character of Defendant | _____/_____ |
| 17. | Darla McNeely Barnes, Client of Tax Office One | Will testify as to preparation of tax returns and/or character of Defendant | _____/_____ |
| 18. | Asurio Bobadilla, Client of Tax Office One | Will testify as to preparation of tax returns and/or character of Defendant | _____/_____ |
| 19. | Elizabeth Bobadilla, Client of Tax Office One | Will testify as to preparation of tax returns and/or character of Defendant | _____/_____ |
| 20. | Alice Brasfield, Client of Tax Office One | Will testify as to preparation of tax returns and/or character of Defendant | _____/_____ |
| 21. | Gerardo Delacruz, Client of Tax Office One | Will testify as to preparation of tax returns and/or character of Defendant | _____/_____ |
| 22. | Silvia Delacruz, Client of Tax Office One | Will testify as to preparation of tax returns and/or character of Defendant | _____/_____ |
| 23. | Broderick Demming, Client of Tax Office One | Will testify as to preparation of tax returns and/or character of Defendant | _____/_____ |
| 24. | Phillip Farco, Client of Tax Office One | Will testify as to preparation of tax returns and/or character of Defendant | _____/_____ |
| 25. | Amy Farco, Client of Tax Office One | Will testify as to preparation of tax returns and/or character of Defendant | _____/_____ |

| No. | Name/Position | Description of Testimony | Sworn/Testified |
|---|---|---|---|
| 26. | Keith Foster, Client of Tax Office One | Will testify as to preparation of tax returns and/or character of Defendant | ____/____ |
| 27. | Angela Foster, Client of Tax Office One | Will testify as to preparation of tax returns and/or character of Defendant | ____/____ |
| 28. | Beth Handy, Client of Tax Office One | Will testify as to preparation of tax returns and/or character of Defendant | ____/____ |
| 29. | Katherine Jacobs, Client of Tax Office One | Will testify as to preparation of tax returns and/or character of Defendant | ____/____ |
| 30. | Jeff Jenkins, Client of Tax Office One | Will testify as to preparation of tax returns and/or character of Defendant | ____/____ |
| 31. | Roosevelt Masters, Client of Tax Office One | Will testify as to preparation of tax returns and/or character of Defendant | ____/____ |
| 32. | Spencer Massey, Client of Tax Office One | Will testify as to preparation of tax returns and/or character of Defendant | ____/____ |
| 33. | Tracy Hojdea, Case Agent | Will testify as to his/her involvement in the investigation of the case | ____/____ |
| 34. | Laura Perry, Special Agent, IRS | Will testify as to his/her involvement in the investigation of the case | ____/____ |
| 35. | Gary Thomas, Client of Tax Office One | Will testify as to preparation of tax returns | ____/____ |
| 36. | Melvin Holly, Client of Tax Office One | Will testify as to preparation of tax returns | ____/____ |
| 37. | Stephen Bright, Client of Tax Office One | Will testify as to preparation of tax returns | ____/____ |
| 38. | Pamela Bright, Client of Tax Office One | Will testify as to preparation of tax returns | ____/____ |
| 39. | Andy Carnes, Client of Tax Office One | Will testify as to preparation of tax returns | ____/____ |
| 40. | Amanda Carnes, Client of Tax Office One | Will testify as to preparation of tax returns | ____/____ |

| No. | Name/Position | Description of Testimony | Sworn/Testified |
|---|---|---|---|
| 41. | Nolan Cornett, Client of Tax Office One | Will testify as to preparation of tax returns | ____/____ |
| 42. | Angela Cornett, Client of Tax Office One | Will testify as to preparation of tax returns | ____/____ |
| 43. | Edward Crowder, Client of Tax Office One | Will testify as to preparation of tax returns | ____/____ |
| 44. | Riska Crowder, Client of Tax Office One | Will testify as to preparation of tax returns | ____/____ |
| 45. | Craig Dickerson, Client of Tax Office One | Will testify as to preparation of tax returns | ____/____ |
| 46. | Getonya Dickerson, Client of Tax Office One | Will testify as to preparation of tax returns | ____/____ |
| 47. | Zachary Niemeier, Client of Tax Office One | Will testify as to preparation of tax returns | ____/____ |
| 48. | Chance Reed, Client of Tax Office One | Will testify as to preparation of tax returns | ____/____ |
| 49. | Jennifer Kunkel, Client of Tax Office One | Will testify as to preparation of tax returns | ____/____ |
| 50. | Angela Rollins, Client of Tax Office One | Will testify as to preparation of tax returns | ____/____ |
| 51. | Michael McDonald, Client of Tax Office One | Will testify as to preparation of tax returns | ____/____ |
| 52. | Natalie McDonald, Client of Tax Office One | Will testify as to preparation of tax returns | ____/____ |
| 53. | Roland Trimble, Client of Tax Office One | Will testify as to preparation of tax returns | ____/____ |
| 54. | Gary Crocker, Client of Tax Office One | Will testify as to preparation of tax returns | ____/____ |
| 55. | Rebecca Crocker, Client of Tax Office One | Will testify as to preparation of tax returns | ____/____ |

**Witness List** - Page 4 of 6

| No. | Name/Position | Description of Testimony | Sworn/Testified |
|---|---|---|---|
| 56. | Jackie Norwood, Alleged ID Theft Victim | Will testify as to his/her allegedly being falsely claimed as a dependent | _____/_____ |
| 57. | Karl Gipson, Alleged ID Theft Victim | Will testify as to his/her allegedly being falsely claimed as a dependent | _____/_____ |
| 58. | Justine PArker, Alleged ID Theft Victim | Will testify as to his/her allegedly being falsely claimed as a dependent | _____/_____ |
| 59. | Lakeisha Scott, Client of Tax Office One | Will testify as to preparation of tax returns | _____/_____ |
| 60. | Joseph Jovero, Client of Tax Office One | Will testify as to preparation of tax returns | _____/_____ |
| 61. | Marvic Jovero, Client of Tax Office One | Will testify as to preparation of tax returns | _____/_____ |
| 62. | Amber Oates, Client of Tax Office One | Will testify as to preparation of tax returns | _____/_____ |
| 63. | Amiya Willis, Client of Tax Office One | Will testify as to preparation of tax returns | _____/_____ |
| 64. | Joyce Scott, Client of Tax Office One | Will testify as to preparation of tax returns | _____/_____ |
| 65. | Angela Rollins, Client of Tax Office One | Will testify as to preparation of tax returns | _____/_____ |
| 66. | Marjorie Rush, Client of Tax Office One | Will testify as to preparation of tax returns | _____/_____ |
| 67. | Stephanie Allen, Client of Tax Office One | Will testify as to preparation of tax returns | _____/_____ |
| 68. | Shayonta Blackshire, Client of Tax Office One | Will testify as to preparation of tax returns | _____/_____ |
| 69. | Cassey Manning, Client of Tax Office One | Will testify as to preparation of tax returns | _____/_____ |
|  |  |  |  |

**Witness List** - Page 5 of 6

| 70. | Genia Jackson, Client of Tax Office One | Will testify as to preparation of tax returns | / |
|---|---|---|---|

Respectfully submitted,

_Roderick C. White_
Roderick C. White
State Bar No. 24037702

Law Offices of Roderick C. White
316 Hemphill Street
Fort Worth, Texas 76104
Tel. (817)335-1585
Fax (817)335-1592

**CERTIFICATE OF SERVICE**

This is to certify that on November 13, 2014, a true and correct copy of the above and foregoing document was served on the office of Mark L. Nichols, Assistant United States Attorney, via hand delivery.

_Roderick C. White_
Roderick C. White