IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No.   4:14-CR-071-A |
| RAMONA JOHNSON    (01)<br>NEKIA N. EVERSON   (02) | |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   The United States Marshal for the Northern District of Texas
       Sheriff, Tarrant County Jail, Tarrant County, Fort Worth, Texas

Pursuant to the Order of a United States District Judge for the Northern District of Texas, the Sheriff, Tarrant County Jail, Tarrant County, Fort Worth, Texas, is commanded to surrender Cassey Manning, year of birth, 1984, a witness herein, to the United States Marshal for the Northern District of Texas, and the United States Marshal is here commanded to bring Cassey Manning, a witness herein, who is presently in custody of the Tarrant County Jail, Tarrant County, Fort Worth, Texas, before the United States District Court, United States District Judge, on Monday, November 17, 2014, at 8:30 a.m., at which time said witness is to be available as a witness during the trial herein, and after the conclusion of said trial, the United States Marshal is to return Cassey Manning under safe and secure conduct to said defendant's original place of custody or other appropriate authority.

SIGNED ON _November 13, 2014_
KAREN MITCHELL
UNITED STATES DISTRICT CLERK

BY: _Heather Orr_
DEPUTY

## **RETURN**

RECEIVED this writ on _____, and executed same by delivering Cassey Manning, year of birth 1984, to the custody of the United States Marshal for the Northern District of Texas for appearance before the United States District Court at Fort Worth, Texas on Monday, November 17, 2014 and as long as necessary.

_____

## **FINAL RETURN**

Final return and execution of this writ is hereby made by delivering Cassey Manning, year of birth 1984, from the custody of the United States Marshal for the Northern District of Texas to _____ on _____.

_____