# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 15-10493

D.C. Docket No. 4:14-CR-71-1

United States Court of Appeals
Fifth Circuit
**FILED**
October 27, 2016
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

RAMONA C. JOHNSON; NEKIA N. EVERSON,

    Defendants - Appellants



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
NOV 18 2016
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

Appeals from the United States District Court for the
Northern District of Texas, Fort Worth

Before JOLLY, BARKSDALE and SOUTHWICK, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.



Certified as a true copy and issued
as the mandate on Nov 18, 2016

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

RECEIVED
NOV 18 2016
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 18, 2016

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 15-10493    USA v. Ramona Johnson, et al
                       USDC No. 4:14-CR-71-1

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____
                       Nancy F. Dolly, Deputy Clerk
                       504-310-7683

cc:
    Mr. James Wesley Hendrix
    Ms. Leigha Amy Simonton
    Mr. John R. Teakell