UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

JAN 3 0 2017

## Report on Offender Under Supervision - Court Decision Requested

| | |
|---|---|
| Name of Offender: | Ramona Johnson |
| Case No.: | 4:14-CR-00071-A-(1) |
| Name of Sentencing Judge: | U.S. District Judge John McBryde |
| Date of Original Sentence: | May 13, 2015 |
| Original Offense: | Count 1: Conspiracy to Aid and Assist in the Preparation and Presentation of a False Tax Return, 18 U.S.C. § 371 (26 U.S.C. § 7206(2)), Counts 2 and 3: Aid and Assist in the Preparation and Presentation of a False Tax Return, 26 U.S.C. § 7206(2), Counts 4-9, 11-16, 18, 20-27, 29-31: Aid and Assist in the Preparation and Presentation of a False Tax Return, 26 U.S.C. § 7206(2) and 18 U.S.C. § 2; Counts 35 and 36: Filing a False Tax Return, 26 U.S.C. § 7206(1) and 18 U.S.C. § 2 |
| Original Sentence: | 170 months custody (20 months on Count 1, 5 months each on Counts 2 through 9, 5 months each on Counts 11 through 16, 5 month on Count 18, 5 months each on Counts 20 through 27, 5 months each on Counts 29 through 31, and 10 months each on Counts 35 and 36, all to run consecutively to each other. The total aggregate period of imprisonment is 170 months.) 3 year term of supervised release (3 years to count 1 and (1) year per count on each of counts 2 through 9, 11 through 16, 18, 20 through 27, 29 through 31, 35 and 36, to run concurrently with each other and to Count 1.) <br> 11/04/2016: Custody sentence reduced to time served, followed by a 3 year term of supervised release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). |
| Revocations: | None |
| Type of Supervision: | Supervised Release |
| Date Supervision Commenced: | November 8, 2016 |
| Assistant U.S. Attorney: | Mark L. Nichols |
| Defense Attorney: | John R. Teakell (Court appointed) |

## Notification To The Court For Cause As Follows:

I.

The following information/request is being presented for the Court's review and decision:

Ramona Johnson completed her custodial sentence and was released to her term of supervised released on November 4, 2016. Ms. Johnson was admitted to the hospital shortly after her release from prison as she suffered from many medical difficulties associated with pancreatic cancer. Ms. Johnson died on December 9, 2016.

## II.

The probation officer recommends the following action for the Court to consider:

The term of supervised release on all counts be allowed to expire on December 9, 2016. The U.S. Probation Office recently received Ms. Johnson's death certificate indicating that she died of pancreatic carcinoma on December 9, 2016.

I declare under penalty of perjury
that the foregoing is true and correct.

Executed on January 30, 2017

_____
Kenneth Mays
Supervising U.S. Probation Officer for
Bruno Perez
Senior U.S. Probation Officer
Dallas, Texas
Phone: 214-753-2537
Fax: 214-753-2570

Approved,

_____
Kenneth Mays
Supervising U.S. Probation Officer for
Natalie Vallandingham
Supervising U.S. Probation Officer
Phone: 214-753-2487

**Order of the Court:**

☒ Agrees with the recommendation of the probation officer.

☐ Disagrees with the recommendation of the probation officer.

☐ Directs the probation officer to submit a request for modifying the conditions or term of supervision.

☐ Directs the probation officer to submit a request for a warrant or summons.

☐ Other or Additional:

☐ File under seal until further order of the Court.

_____
John McBryde
U.S. District Judge

Date 1/30/17

BDP